
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PERNIX IRELAND PAIN LTD and
PERNIX THERAPEUTICS, LLC,

      Plaintiffs,

      v.

ACTAVIS LABORATORIES FL, INC.,

      Defendant.

C.A. No. 16-138-GMS

## STIPULATION OF DISMISSAL

STIPULATED DISMISSAL BETWEEN PERNIX IRELAND PAIN LTD,
PERNIX THERAPEUTICS, LLC, AND ACTAVIS LABORATORIES FL, INC.

On consent of Pernix Ireland Pain Ltd (now reorganized as Pernix Ireland Pain DAC), Pernix Therapeutics, LLC, and Actavis Laboratories FL, Inc., and in furtherance of the settlement of the above-captioned actions between and among those parties, PERNIX IRELAND PAIN LTD (now reorganized as Pernix Ireland Pain DAC, a designated activity company organized and existing under the laws of Ireland, having its principal place of business at 3, Burlington Road, Dublin 4, Ireland) and PERNIX THERAPEUTICS, LLC (a corporation organized and existing under the laws of Louisiana, having its principal place of business at 10 North Park Place, Suite 201, Morristown, New Jersey 07960) (collectively, **"Pernix"**), and ACTAVIS LABORATORIES FL, INC. (a corporation organized and existing under the laws of Florida, having a place of business at 2945 W. Corporate Lakes Blvd, Weston, Florida 33331) (**"Actavis"**) (Pernix sometimes referred to herein collectively as **"Plaintiffs";** and Actavis and Plaintiffs sometimes referred to herein individually as a **"Party"** or collectively as the **"Parties"),**

it is Ordered, Adjudged and Decreed as follows:

1.  The Parties agree that all claims and counterclaims asserted in the above-captioned actions between Plaintiffs and Actavis are dismissed with prejudice.

2.  Except for the rights, agreements and covenants specifically granted pursuant to the settlement and related agreements between Plaintiffs and Actavis, no other right, written or oral license or sublicense, covenant not to sue, waiver or release or other written or oral authorization is or has been granted or implied by this Stipulated Dismissal.

3.  The above-captioned actions are hereby dismissed as between Plaintiffs and Actavis without costs or attorneys' fees. Notwithstanding the foregoing sentence, this District Court shall retain jurisdiction over these actions, including without limitation, over implementation of, or disputes arising out of, this Stipulated Dismissal or the settlement of these actions.

| MCCARTER & ENGLISH LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Daniel M. Silver | /s/ Kelly E. Farnan |
| Michael P. Kelly (#2295) | Kelly E. Farnan (#4395) |
| Daniel M. Silver (#4758) | One Rodney Square |
| Benjamin A. Smyth (#5528) | 920 N. King Street |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King St., 8th Floor | (302) 651-7700 |
| Wilmington, DE 19801 | farnan@rlf.com |
| (302) 984-6331 | |
| mkelly@mccarter.com | |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Dominick A. Conde | Scott J. Bornstein |
| Christopher P. Borello | Richard C. Pettus |
| Brendan M. O'Malley | Jonathan Ball, Ph.D. |
| FITZPATRICK CELLA HARPER & SCINTO | Greenberg Traurig, LLP |
| 1290 Avenue of the Americas | MetLife Building |

| | |
|---|---|
| New York, New York 10104-3800 | 200 Park Avenue |
| (212) 218-2100 | New York, NY 10166 |
| dconde@fchs.com | (212) 801-9200 |
| cborello@fchs.com | bornsteins@gtlaw.com |
| bomalley@fchs.com | pettusr@gtlaw.com |
| | ballj@gtlaw.com |

*Attorneys for Plaintiffs*          *Attorneys for Defendant Actavis Laboratories FL, Inc.*

January 29, 2018

      SO ORDERED this ___ day of _____, 2018

                                     _____
                                     The Honorable Gregory M. Sleet